**SCHAEFER LAW GROUP, P.C.**
186 West Main Street
Smithtown, NY 11787
631-382-4800 FAX 631-382-4801

October 6, 2022

BY EMAIL OetkenNYSDChambers@nysd.uscourts.gov
Hon. J. Paul Oetken
  United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United State Court House
40 Foley Square
New York, New York 10017

         Re: *Lori Ostenfeld v. The Guardian Life Insurance Company of America, et al*.
         <u>Case No. 22-cv-08266 (JPO) (RWL)</u>

Dear Judge Oetken:

     This office represents plaintiff in the above referenced action.

     Please let this serve as plaintiff's application for a court order directing the Clerk of the Court to remit to this office the $402 civil filing fee upon the filing of a notice of dismissal by plaintiff, pursuant to F. R. Civ. P. 41 (a) (1) (A).

     Due to logistical issues resulting from the attempt of our office to initiate the underlying action on September 27, 2022, plaintiff's lawsuit was the subject of dual filed civil actions; both of which were opened on September 27, 2022. The first filed action; i.e., case number 1: 22-CV-08265 (VSB) (JLC) was, in fact, determined by the office of the clerk of the court to be sufficiently filed. Consequently, it is plaintiff's intention to proceed under that docket number.

     Proceeding under case number 1: 22-CV-08265 (VSB) (JLC) will render this action superfluous given that the claims alleged in both actions are identical. Accordingly, in the event the instant application is granted, plaintiff intends to file a notice of voluntary dismissal of this later filed action.

> Granted. The complaint filed in Case Number 22-cv-08266 (SDNY) is hereby deemed withdrawn and the case is closed. The Clerk of Court is directed to refund the filing fee to counsel for the plaintiffs.
> So ordered.
> 10/28/2022

Respectfully submitted,

/s/

Wayne J. Schaefer

_____
J. PAUL OETKEN
United States District Judge